### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF OREGON


KIM PAULEY,

**Plaintiff,**

v.                                             **Civil No. 07-1421-HO**

Commissioner of Social Security,

**Defendant.**

_____

## JUDGMENT

This action is dismissed without prejudice.

Dated: August 26, 2008


Sheryl S. McConnell, Clerk

s/ S. Nogelmeier
by
   S. Nogelmeier, Deputy Clerk


**JUDGMENT**                          **DOCUMENT NO: _____**